

1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

Code: pvv8w

Tax Summary for 2024/4

Thanks for doing driving with Uber in 2024/4. Below is a breakdown of your earnings over the month that may help you file your taxes.

| Driving Totals | 320 | 1,321 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

  

### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| **Reportable Payments** | | Expenses, Fees and Tax | + $422.60 | Net Earnings | + $1,368.97 |
|---|---|---|---|---|---|
| Gross Trip Earnings | + $1,779.57 | | | | |
| Total Additional Earnings | + $12.00 | | | | |

$1,791.57     $422.60     $1,368.97

This is not an official tax document. Uber does not offer any tax advice.
Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/4

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---:|
| Uber service fee/other adjustments* | $390.72 |
| Sales tax and other taxes* | $4.68 |
| Instant pay charges* | $27.20 |
| **Reimbursements** | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$422.60** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| | |
|---|---:|
| Incentives | $12.00 |
| **TOTAL ADDITIONAL EARNINGS** | **$12.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

Code: pvv8w

Tax Summary for 2024/5

Thanks for doing driving with Uber in 2024/5. Below is a breakdown of your earnings over the month that may help you file your taxes.

| Driving Totals | 340 | 1,317 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.



### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| **Reportable Payments** | | Expenses, Fees and Tax | + $414.15 | Net Earnings | + $1,404.58 |
|---|---|---|---|---|---|
| Gross Trip Earnings | + $1,800.73 | | | | |
| Total Additional Earnings | + $18.00 | | | | |

$1,818.73           $414.15           $1,404.58

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/5

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $364.80 |
| Sales tax and other taxes* | $6.00 |
| Instant pay charges* | $43.35 |
| **Reimbursements** | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$414.15** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| Incentives | $18.00 |
|---|---|
| **TOTAL ADDITIONAL EARNINGS** | **$18.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/6

Thanks for doing driving with Uber in 2024/6. Below is a breakdown of your earnings over the month that may help you file your taxes.

| Driving Totals | 194 | 832 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

  

| Your Gross Payment | Expenses, Fees and Tax | Your Net Payout |
|---|---|---|
| Total Trip Earnings from Uber plus any other additional earnings | Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2. | **Not for tax filing purposes.** This amount represents what was paid in your bank account. |

| **Reportable Payments** | | Expenses, Fees and Tax | + $312.78 | Net Earnings | + $825.20 |
|---|---|---|---|---|---|
| Gross Trip Earnings | + $1,131.98 | | | | |
| Total Additional Earnings | + $6.00 | | | | |

| **$1,137.98** | **$312.78** | **$825.20** |
|---|---|---|

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/6

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| **Expenses, Fees and Tax** | |
|---|---:|
| Uber service fee/other adjustments* | $279.54 |
| Sales tax and other taxes* | $3.24 |
| Instant pay charges* | $30.00 |
| **Reimbursements** | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$312.78** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| Incentives | $6.00 |
|---|---:|
| **TOTAL ADDITIONAL EARNINGS** | **$6.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

Code: pvv8w

Tax Summary for 2024/7

Thanks for doing driving with Uber in 2024/7. Below is a breakdown of your earnings over the month that may help you file your taxes.

| Driving Totals | 289 | 1,100 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

      

### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | | | | | |
|---|---|---|---|---|---|
| **Reportable Payments** | | Expenses, Fees and Tax | + $389.24 | Net Earnings | + $1,071.02 |
| Gross Trip Earnings | + $1,457.26 | | | | |
| Total Additional Earnings | + $3.00 | | | | |

**$1,460.26**    **$389.24**    **$1,071.02**

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/7

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
| --- | --- |
| Uber service fee/other adjustments* | $347.22 |
| Sales tax and other taxes* | $4.52 |
| Instant pay charges* | $37.50 |
| **Reimbursements** | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$389.24** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| | |
| --- | --- |
| Incentives | $3.00 |
| **TOTAL ADDITIONAL EARNINGS** | **$3.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/8

Thanks for doing driving with Uber in 2024/8. Below is a breakdown of your earnings over the month that may help you file your taxes.

| **Driving Totals** | **358** | **1,471** |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

| |  |  |
|---|---|---|
| **Your Gross Payment** | **Expenses, Fees and Tax** | **Your Net Payout** |
| Total Trip Earnings from Uber plus any other additional earnings | Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2. | **Not for tax filing purposes.** This amount represents what was paid in your bank account. |
| **Reportable Payments** | Expenses, Fees and Tax        + $358.98 | Net Earnings        + $1,492.78 |
| Gross Trip Earnings        + $1,836.76 | | |
| Total Additional Earnings        + $15.00 | | |
| **$1,851.76** | **$358.98** | **$1,492.78** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/8

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---:|
| Uber service fee/other adjustments* | $316.39 |
| Sales tax and other taxes* | $3.84 |
| Instant pay charges* | $38.75 |
| **Reimbursements** | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$358.98** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| | |
|---|---:|
| Incentives | $15.00 |
| **TOTAL ADDITIONAL EARNINGS** | **$15.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

Code: pvv8w

Tax Summary for 2024/9

Thanks for doing driving with Uber in 2024/9. Below is a breakdown of your earnings over the month that may help you file your taxes.

| **Driving Totals** | **312** | **1,212** |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |

  

| Your Gross Payment | Expenses, Fees and Tax | Your Net Payout |
|---|---|---|
| Total Trip Earnings from Uber plus any other additional earnings | Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2. | **Not for tax filing purposes.** This amount represents what was paid in your bank account. |
| **Reportable Payments** | Expenses, Fees and Tax  + $292.33 | Net Earnings  + $1,248.00 |
| Gross Trip Earnings  + $1,512.33 | | |
| Total Additional Earnings  + $28.00 | | |
| **$1,540.33** | **$292.33** | **$1,248.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1515 3rd Street

San Francisco, CA 94158

Uber Tax ID Number: 45-2647441

# LASANA S KROMAH

**Code: pvv8w**

Tax Summary for 2024/9

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $246.97 |
| Sales tax and other taxes* | $5.36 |
| Instant pay charges* | $40.00 |
| **Reimbursements** | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$292.33** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| Incentives | $28.00 |
|---|---|
| **TOTAL ADDITIONAL EARNINGS** | **$28.00** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.