*Form 237* (3/23)–doc 15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Lasana Kromah<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–13475–amc<br><br>Chapter: 13 |

## NOTICE

To NDF1 LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #5 in the amount of $500.00 has been filed in your name by the Debtor on 12/11/24.

Date: December 11, 2024                                                              For The Court

                                                                                                                  Timothy B. McGrath<br>
                                                                                                                   Clerk of Court