United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lasana Kromah  
    Debtor

Case No. 24-13475-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 04, 2025      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lasana Kromah, 6425 Buist Ave., Philadelphia, PA 19142-3118 |
| 14937706 | + | Midfirst Bank, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14931154 | + | NDF1 LLC, 2 North Tamiami Trail Suite 710, Sarasota, FL 34236-5559 |
| 14931161 | | VERIZON, PO Box 15055, Wilmington, DE 19850-5055 |
| 14931162 | | Verizon Wireless, Minneapolis, MN 55426 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14931146 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 05 2025 00:57:50 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14981622 | | Email/Text: megan.harper@phila.gov | Mar 05 2025 00:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14931148 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 05 2025 00:57:00 | COMCAST, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 14931147 | + | Email/Text: megan.harper@phila.gov | Mar 05 2025 00:57:00 | City of Philadelphia Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14931149 | ^ | MEBN | Mar 05 2025 00:27:43 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, PO Box 32145, Fridley, MN 55432-0145 |
| 14931150 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 05 2025 00:57:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14941501 | + | Email/Text: bkmail@midfirst.com | Mar 05 2025 00:57:00 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14937262 | ^ | MEBN | Mar 05 2025 00:27:44 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14931151 | | Email/Text: bkmail@midfirst.com | Mar 05 2025 00:57:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 14931152 | | Email/Text: bkmail@midfirst.com | Mar 05 2025 00:57:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14959205 | ^ | MEBN | Mar 05 2025 00:27:52 | NDF1 LLC, c/o Land Home Fin. Services, Inc, 3611 South Harbor Blvd., Ste. 100, Santa Ana, CA 92704-7915 |
| 14931155 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 05 2025 00:57:50 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14931156 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 05 2025 02:15:25 | Secretary of Housing & Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 14931157 | ^ | MEBN | Mar 05 2025 00:27:44 | Sprint, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14931158 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 05 2025 00:57:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 14931159 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 05 2025 01:41:05 | T-Mobile, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 14931160 | | Email/Text: bankruptcydepartment@tsico.com | Mar 05 2025 00:57:00 | Transworld Systems Inc, PO Box 15055, Wilmington, DE 19850-5055 |
| 14938195 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 05 2025 02:15:25 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14948085 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 05 2025 02:25:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14931163 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 05 2025 00:57:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Spring, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14931153 | | NDF1 LLC, NDF1 LLC c/o Statebridge, 6061 S Willow Dr. Greenwood Village, CO |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Lasana Kromah amadrid@clsphila.org madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Ian Charlton | on behalf of Debtor Lasana Kromah icharlton@clsphila.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 04, 2025 | Form ID: 155 | Total Noticed: 25 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Lasana Kromah ) Case No. 24−13475−amc
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 4, 2025                                              For The Court

                                                                                      Ashely M. Chan
                                                                                       Chief Judge, United States Bankruptcy Court