**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| LASANA KROMAH | : | CASE NO: 24-13475AMC |
| | : | |
| Debtor | : | |
| | : | |

**PRAECIPE TO WITHDRAW DOCUMENTS**

TO CLERK OF COURT

Please be advised that undersigned Debtor's counsel withdraws without prejudice the

Objection to Proof of Claim No. 2, filed on March 4, 2025 (Doc. No. 17).

_____/s/ Alfonso Madrid_____
ALFONSO MADRID
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org