Certificate Number: 17082-PAE-DE-039759289

Bankruptcy Case Number: 24-13475



17082-PAE-DE-039759289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2025, at 7:05 o'clock PM MST, LASANA S KROMAH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 11, 2025            By:   /s/Orsolya K Lazar

                                Name: Orsolya K Lazar

                                Title: Executive Director