IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Lasana Kromah

Chapter: 13  
Bankruptcy No.: 24-13475 AMC

   Debtor  
NDF1 LLC c/o Land Home Financial Services, Inc.  
  Movant

    vs.  
Lasana Kromah  
   Debtors

    And  
Kenneth E. West, Trustee  
   RESPONDENTS

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

 NDF1 LLC c/o Land Home Financial Services, Inc. has filed a Motion for Relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) with this Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

 1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **11/17/2025** you or your attorney must do all of the following:

  (a) file an answer explaining your position at:
   U.S. Bankruptcy Court Eastern District of PA Bankruptcy
   Clerk of Courts
   900 Market Street,
   #400 Philadelphia, PA 19107

 If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above;

   and (b) mail a copy to the Movant's Attorney:
    Jennie Shnayder, Esquire
    Shnayder Law Firm, LLC
    148 East Street Road
    Suite 352
    Feasterville, PA 19053
    Telephone: (215) 834-3103
    Facsimile: (215) 565-2679
    Email: jennie@shnayderlawfirm.com
    Attorneys for Creditor

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **11/18/2025 at 11:00 AM**, **Courtroom #4** United States Bankruptcy Court, Eastern District of Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.