Recorded in Philadelphia
10/29/2025 04:20 PM    Page 1 of 3    Rec Fee: $245.75
Doc Id: 54404657
Receipt#: 25-92290
Records Department    Doc Code: A

When Record Return To:
Kaleena Ogo
Bequest Funds, LLC
P.O. BOX 458
KIMBERLING CITY, MO, 65686

EXHIBIT C

## CORPORATE ASSIGNMENT OF MORTGAGE

Loan #: ▓▓▓▓▓▓▓ / TS Ref #: 0017190000000499
PA/PHILADELPHIA

Assignment Prepared on: October 29, 2025

**ASSIGNOR: NDF1, LLC,** at 1255 N GULFSTREAM AVE, STE 101, SARASOTA, FL, 34236

**ASSIGNEE: BEQUEST FUNDS, LLC,** at 1255 N GULFSTREAM AVE, SUITE 101, SARASOTA, FL, 34236

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 10/11/2005, in the amount of $6,100.00, executed by LASANA S KROMAH to EQUITY ONE, INCORPORATED and Recorded: 10/19/2005, Document #: 51293522 in PHILADELPHIA County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 1255 N GULFSTREAM AVE, SUITE 101, SARASOTA, FL, 34236

Attested By: _Shelby Topt_

The property is located in the City of PHILADELPHIA.
Property Address: 6425 BUIST AV, PHILADELPHIA, PA, 19142
Legal Description: See Exhibit 'A' attached hereto and by this reference made a part hereof

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Page: 2 of 2 / TS Ref #: 0017190000000499

NDF1, LLC

On: October 29, 2025

By: *Shelby Tipton*

Name: Shelby Tipton
Title:  Assistant Vice President

State of MISSOURI
County of STONE

On October 29, 2025, before me, Jacob Gregory, a Notary Public in and for STONE County in the State of MISSOURI, personally appeared Shelby Tipton, Assistant Vice President, NDF1, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Jacob Gregory, A Notary Public
Notary Expires: 9/5/2026 / #: 22855711

JACOB GREGORY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES SEPTEMBER 5, 2026
STONE COUNTY
COMMISSION #22855711

# Exhibit A

THE FOLLOWING DESCRIBED PROPERTY, TO WIT:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE MESSUAGE OR TENEMENT THEREON ERECTED; SITUATE ON THE NORTHWEST SIDE OF BUIST AVENUE AT THE DISTANCE OF TWO HUNDRED TEN FEET, SOUTHWESTWARD FROM THE SOUTHWEST SIDE OF SIXTY FORTH STREET, IN THE FORTIETH WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID BUIST AVENUE, FIFTEEN FEET, AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHWESTWARD BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID BUIST AVENUE, SEVENTY TWO FEET, INCLUDING ON THE REAR THEREOF OF THE SOIL OF A TWELVE FEET WIDE DRIVEWAY WHICH EXTENDS NORTHWESTWARD AND SOUTHWARD COMMUNICATING AT ITS NORTHWESTERNMOST END WITH A CERTAIN OTHER DRIVEWAY FIFTEEN FEET WHICH EXTENDS SOUTHEASTWARD INTO BUIST AVENUE.

ADDRESS: 6425 BUIST AVE.; PHILADELPHIA, PA 19142 TAX MAP OR PARCEL ID NO: 406248600