# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| LASANA KROMAH | : | CASE NO: 24-13475AMC |
| Debtor | : | |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Alfonso Madrid, represent the Debtor in this matter.

2. On December 9, 2025, I sent a copy of the following pleading(s) and/or documents(s) to the parties listed in the chart below.

3. I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

• Motion to Declare Lien Satisfied and Notice of Motion

Date: December 9, 2025          /s/    Alfonso Madrid
                                ALFONSO MADRID, ESQ
                                Attorney for Debtor
                                Community Legal Services of Philadelphia
                                1410 W. Erie Ave.
                                Philadelphia PA 19140
                                (215) 215 227 4795
                                amadrid@clsphila.org

## Mailing List Exhibit

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| Shawn Muneio, Mgr.<br>Bequest Funs LLC<br>1255 N Gulfstream Ave Suite 101<br>SARASOTA, FL 34236<br><br>Shawn Muneio, Mgr.<br>Bequest Funds LLC<br>2 N. Tamiami Trail, Ste. 101<br>Sarasota FL 34236 | Secured Creditor | First-class mail |