IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| LASANA KROMAH | : | CASE NO: 24-13475AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), any response thereto, and after notice and hearing;

It is ORDERED that the Motion is GRANTED. The Court finds that Proof of Claim No. 05 has been paid in full by Debtor's payments under the confirmed plan. The lien on Debtor's residence located at 6425 Buist Ave., Philadelphia, PA 19142 (the "Property"), arising out of the mortgage between Debtor and Equity One, Inc., recorded with the Philadelphia Recorder of Deeds on October 19, 2005 at electronic Doc. No. 51293522 , and last assigned to Bequest Funds, LLC, as reflected by an Assignment of Mortgage recorded with the Philadelphia Recorder of Deeds on October 29, 2025, at electronic document no. 54484657, has been SATISFIED.

**Date: December 16, 2025**

_____
Ashely M. Chan
Chief United States Bankruptcy Judge