United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13475-amc |
| Lasana Kromah | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

**Recip ID    Recipient Name and Address**
db    + Lasana Kromah, 6425 Buist Ave., Philadelphia, PA 19142-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:**

**Name    Email Address**

ALFONSO G. MADRID
    on behalf of Debtor Lasana Kromah amadrid@clsphila.org madrid.alfonsob@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Ian Charlton
    on behalf of Debtor Lasana Kromah icharlton@clsphila.org

JENNIE SHNAYDER
    on behalf of Creditor NDF1 LLC c/o Land Home Financial Services Inc. jennie@shnayderlawfirm.com, shnayderlawecfs@yahoo.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| LASANA KROMAH | : | CASE NO: 24-13475AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), any response thereto, and after notice and hearing;

It is ORDERED that the Motion is GRANTED. The Court finds that Proof of Claim No. 05 has been paid in full by Debtor's payments under the confirmed plan. The lien on Debtor's residence located at 6425 Buist Ave., Philadelphia, PA 19142 (the "Property"), arising out of the mortgage between Debtor and Equity One, Inc., recorded with the Philadelphia Recorder of Deeds on October 19, 2005 at electronic Doc. No. 51293522 , and last assigned to Bequest Funds, LLC, as reflected by an Assignment of Mortgage recorded with the Philadelphia Recorder of Deeds on October 29, 2025, at electronic document no. 54484657, has been SATISFIED.

**Date: December 16, 2025**

_____
Ashely M. Chan
Chief United States Bankruptcy Judge