**Fill in this information to identify the case:**

Debtor 1    **LASANA KROMAH**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

(State)

Case Number    **24-13475-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

## Part 1:    Mortgage Information

**Name of claim holder:**    U.S. DEPARTMENT OF HUD

**Court claim no.** (if known):
1

**Last 4 digits** of any number you use to identify the debtor's account:    6   0   8   9

**Property Address:**    6425 BUIST AVENUE,
Number        Street

PHILADELPHIA                          PA        19142
City                                              State    ZIP Code

## Part 2:    Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3:    Arrearages

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          -0- |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:         $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West                                           Date    03/18/2026
_____                                         _____
Signature

Trustee        Kenneth E. West
           _____
           First Name          Middle Name          Last Name

Address       190 N. Independence Mall West, Suite 701
           _____
           Number        Street

           Philadelphia                          PA       19106
           _____
           City                                 State    ZIP Code

Contact phone   (215) 627-1377                 Email  info@ph13trustee.com
           _____                _____

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor 1 | **LASANA KROMAH** | | Case Number **24-13475-AMC** | | | Page 1 |
| | Name | | | | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |