United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Lasana Kromah

     Debtor

Case No. 24-13475-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lasana Kromah, 6425 Buist Ave., Philadelphia, PA 19142-3118 |
| 14937706 | + | Midfirst Bank, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14931154 | + | NDF1 LLC, 2 North Tamiami Trail Suite 710, Sarasota, FL 34236-5559 |
| 14931161 | | VERIZON, PO Box 15055, Wilmington, DE 19850-5055 |
| 14931162 | | Verizon Wireless, Minneapolis, MN 55426 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14931146 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 20 2026 01:45:54 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14981622 | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14931148 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 20 2026 01:45:00 | COMCAST, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 14931147 | + | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14931149 | ^ | MEBN | Mar 20 2026 01:43:03 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, PO Box 32145, Fridley, MN 55432-0145 |
| 14931150 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2026 01:46:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14941501 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 20 2026 02:03:53 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14937262 | ^ | MEBN | Mar 20 2026 01:43:23 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14931151 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 20 2026 02:03:24 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 14931152 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 20 2026 02:03:24 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |

| | | | | |
|---|---|---|---|---|
| 14959205 | ^ | MEBN | Mar 20 2026 01:43:45 | NDF1 LLC, c/o Land Home Fin. Services, Inc, 3611 South Harbor Blvd., Ste. 100, Santa Ana, CA 92704-7915 |
| 14931155 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 20 2026 01:45:54 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14931156 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 20 2026 02:04:13 | Secretary of Housing & Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 14931157 | ^ | MEBN | Mar 20 2026 01:44:06 | Sprint, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14931158 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 20 2026 01:45:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 14931159 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 20 2026 02:03:22 | T-Mobile, 600 Coon Rapids Blvd NW, Coon Rapids, MN 55433-5549 |
| 14931160 | | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2026 01:46:00 | Transworld Systems Inc, PO Box 15055, Wilmington, DE 19850-5055 |
| 14938195 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 20 2026 02:04:13 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14948085 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14990677 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:26 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14931163 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 20 2026 01:45:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Spring, MO 63304-2225 |
| 14990834 | | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:26 | Verizon by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14931153 | | NDF1 LLC, NDF1 LLC c/o Statebridge, 6061 S Willow Dr. Greenwood Village, CO |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed

District/off: 0313-2                              User: admin                                        Page 3 of 3
Date Rcvd: Mar 19, 2026                           Form ID: 138OBJ                                     Total Noticed: 29

**below:**

| Name | Email Address |
| --- | --- |
| ALFONSO G. MADRID | on behalf of Debtor Lasana Kromah amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Ian Charlton | on behalf of Debtor Lasana Kromah icharlton@clsphila.org |
| JENNIE SHNAYDER | on behalf of Creditor NDF1 LLC c/o Land Home Financial Services  Inc. jennie@shnayderlawfirm.com, shnayderlawecfs@yahoo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 44 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )
   Lasana Kromah               )        Case No. 24−13475−amc
                          )
                          )
   Debtor(s).                  )        Chapter: 13
                          )
                          )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026                                     For The Court

                                                          Mohung Wong
                                                          Clerk of Court