United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 24-13475-amc

Lasana Kromah                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 2

Date Rcvd: Mar 19, 2026                  Form ID: 234                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID              Recipient Name and Address**
db                      +  Lasana Kromah, 6425 Buist Ave., Philadelphia, PA 19142-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALFONSO G. MADRID | on behalf of Debtor Lasana Kromah amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Ian Charlton | on behalf of Debtor Lasana Kromah icharlton@clsphila.org |
| JENNIE SHNAYDER | on behalf of Creditor NDF1 LLC c/o Land Home Financial Services  Inc. jennie@shnayderlawfirm.com, shnayderlawecfs@yahoo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | |

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Mar 19, 2026                                Form ID: 234                                    Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Lasana Kromah

                Debtor(s)

Case No:24−13475−amc

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Mohung Wong
Clerk of Court

Date: 3/19/26