United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13475-amc |
| Lasana Kromah | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 21, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**                 **Recipient Name and Address**
db                    +  Lasana Kromah, 6425 Buist Ave., Philadelphia, PA 19142-3118

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

ALFONSO G. MADRID
                          on behalf of Debtor Lasana Kromah amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com

Ian Charlton
                          on behalf of Debtor Lasana Kromah icharlton@clsphila.org

JENNIE SHNAYDER
                          on behalf of Creditor NDF1 LLC c/o Land Home Financial Services  Inc. jennie@shnayderlawfirm.com, shnayderlawecfs@yahoo.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                          on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: May 21, 2026                            Form ID: 195                                    Total Noticed: 1
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 13


Lasana Kromah                                             : Case No. 24−13475−amc
       Debtor(s)

***ORDER***
_____


    AND NOW, this day , May 20, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


              By The Court


              Ashely M. Chan
              Chief Judge, United States Bankruptcy Court


Form 195